UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

---

ANONYMOUS #1 and Anonymous #2,
Infants by their Parents and Natural
Guardians and their Parents and
Natural Guardians Individually,
    Plaintiffs,

- against -

MICHAEL KELSEY, RICHARD ROBBINS,
TROOP 95, OUR SAVIOR LUTHERAN
CHURCH, HUDSON VALLEY COUNCIL, BSA,
and BOY SCOUTS OF AMERICA,
    Defendants

---

Case #: 20-1542

Formerly NYS Supreme
Court, Dutchess County
Case #s: 2017-50699 &
2017-50700

NOTICE OF MOTION



    PLEASE TAKE NOTICE that pursuant to federal rules and the Court's local rules, Defendant Michael Kelsey will move this Court at 10am on 12 November 2020 or as soon thereafter as the Court is in session for an Order permitting the undersigned to proceed as informa pauperis status in continuation of the poor person relief such defendant received in the New York State Supreme Court, Dutchess County, for which the annexed application form has been submitted.

    This motion is upon written submission. Any answering papers should be filed in accord with the Court's local rules.

Dated: 3 October 2020
       Hudson, NY

Michael N. Kelsey
Defendant Pro Se

16A4286 Hudson CF
50 East Court Street
Hudson, NY 12534

To: Jeremy Barberi/Bruce Slane Law
    188 East Post Rd., Suite 205
    White Plains, NY 10601

    William Frame Law
    2 Chancery Mews
    Middletown, NY 10940

    Wiggin & Dana LLP
    437 Madison Ave., 35th Floor
    New York, NY 10022

Defendant does not pay court fees. The Application is therefore moot.

The Clerk of Court is respectfully directed to terminate the pending motion, (Dkt. No. 9).

Plaintiff is to mail a copy of this Order to Defendant and certify on the docket by November 20, 2020 that they have done so.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

November 17, 2020

**HUDSON CORRECTIONAL FACILITY**
P.O. BOX 576
HUDSON, N.Y. 12534-0576

NAME: Kelsey        DIN: 16A4286

ALBANY NY 120
6 OCT 2020 PM 4
RECEIVED
OCT -9 2020
PRO SE OFFICE

PRO SE INTAKE

United States District Court
Southern District
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

(GP)